# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL JIMENEZ, | NO. ED CV 10-1386 GHK (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TERRI GONZALEZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:     8/30    , 2012.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE